```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CORA INTERNATIONAL LLC,                           :
                                                  :
                              Plaintiff,          :
                                                  :      09 Civ. 1781 (RMB) (FM)
              - against -                         :
                                                  :      **ADMINISTRATIVE ORDER**
TUSHAR INTERNATIONAL LTD.,                        :
                                                  :
                              Defendant.          :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 10/15/09

In light of the recent progress made by the parties, with the assistance of Magistrate Judge Maas, toward resolving their dispute, it is hereby

**ORDERED**, that the settlement conference scheduled for October 19, 2009 at 9:00 a.m. is vacated.

**SO ORDERED**.

Dated: New York, New York
       October 15, 2009

_____
Richard M. Berman, U.S.D.J.